No. ——. SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH CAROLINA, ET AL. *v.* WHITTENBERG ET AL. C. A. 4th Cir. Application for temporary stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. *J. Covington Parham, Jr.,* and *C. Thomas Wyche* for applicants.

No. 1142. ELKANICH *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1057.] It is ordered that *Charles A. Miller, Esquire,* of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

FEBRUARY 10, 1970

No. ——. SCHOOL DISTRICT OF DARLINGTON COUNTY, SOUTH CAROLINA, ET AL. *v.* STANLEY ET AL. C. A. 4th Cir. Application for temporary stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. ——. IN RE ROSENBAUM ET AL. D. C. D. C. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. *Robert L. Weinberg* for applicants.